IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 4:12CR3041 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CLEOPHUS A. COLLIER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on Defendant Cleophus Collier's Unopposed Motion to Continue Deadline for Filing Pretrial Motions (filing no. 42) from May 21, 2012, to June 4, 2012. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Collier's deadline for filing pretrial motions shall be continued from May 21, 2012, to June 4, 2012. This Court further finds that, based upon the showing set forth in Defendant Collier's motion, the ends of justice will be served by continuing Collier's deadline for filing pretrial motions. Further, the Court finds that taking such action outweighs the best interests of the public and Defendant Collier in a speedy trial. Accordingly, the time from May 21, 2012, until June 4, 2012, shall be excludable time, pursuant to 18 U.S.C. §3161(h)(7)(A).

May 21, 2012.                              BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge